UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>   v.<br><br>REVATURE LLC, et al.,<br><br>             Defendants. | CASE NO. 2:22-cv-01399-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Judge Tana Lin.

DATED this 5th day of October, 2022.

                                                                                                        BRIAN A. TSUCHIDA
                                                                                                        United States Magistrate Judge