UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                  Plaintiff(s),<br><br>     v.<br><br>REVATURE LLC et al,<br><br>                  Defendant(s). | CASE NO. 2:22-cv-01399-TL<br><br>ORDER |

This action arises out of Plaintiff John Doe's claims of employment discrimination under the Fourteenth Amendment, the Americans with Disabilities Act of 1990 ("ADA"), the Rehabilitation Act of 1973, the Civil Rights Acts of 1866 and 1871, 18 U.S.C. § 1001, and libel or defamation under Washington state law. Dkt. No. 5 at 4. This matter is before the Court on Plaintiff's application for court-appointed counsel (the "Motion for Counsel"). Dkt. No. 10.

Plaintiff proceeds *pro se* and *in forma pauperis* and seeks a court-appointed attorney, which the Court has discretion to request on his behalf. *See* 42 U.S.C. § 2000e-5(f)(1) (providing

ORDER - 1

for the appointment of counsel); 42 U.S.C. § 12117(a) (providing that 42 U.S.C. § 2000e-5 applies to ADA claims against employers); *see also* Dkt. No. 22 at 2–3 (explaining the law).

The Court previously referred the Motion for Counsel to the Screening Committee of the Western District Pro Bono Panel, pursuant to General Order 16-20 of this District, for the Committee's determination and recommendation of whether *pro bono* counsel should be appointed for Plaintiff. Dkt. No. 22 at 4. In a separate order, the Court stayed the case, including Defendants' motion to compel arbitration (Dkt. No. 23), pending the resolution of the Motion for Counsel. Dkt. No. 31.

On February 8, the Screening Committee informed the Court that it recommends the appointment of counsel.

Accordingly, the Court DIRECTS the Clerk to identify counsel from the Pro Bono Panel who is willing to represent Plaintiff in this action by **April 12, 2023**. If the Clerk timely identifies *pro bono* counsel, the Court will issue an order of appointment; if not, the Court will be unable to appoint counsel for Plaintiff. The Court further DIRECTS the Clerk to renote Plaintiff's Motion for Counsel (Dkt. No. 10) for **April 12, 2023**.

Once Plaintiff's Motion for Counsel is resolved, the Court will lift the stay in this matter and resolve whether Plaintiff may proceed anonymously, Defendants' pending motion to compel arbitration, and any other issues that may be pending at that time.

Dated this 13th day of February 2023.

Tana Lin
United States District Judge