UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>REVATURE LLC et al,<br><br>                    Defendant(s). | CASE NO. 2:22-cv-01399-TL<br><br>ORDER APPOINTING COUNSEL |

The Court GRANTS Plaintiff John Doe's motion for appointment of counsel (Dkt. No. 10) and APPOINTS Christopher G.M. Fargo-Masuda, P.O. Box 1576, Mercer Island, WA 98040, (828) 319-7860, chris@fargo-masuda.com, as counsel for Mr. Doe pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 16-20 (Dec. 8, 2020), https://www.wawd.uscourts.gov/sites/wawd/files/GO16-20AmendedProBonoPlan.pdf.

Counsel for Mr. Doe is DIRECTED to file a notice of appearance within **seven (7) days**. If counsel is unable to assume this representation for a reason set forth in General Order 16-20, a

motion for relief from appointment should be immediately filed with the assigned judge. In the event Mr. Doe prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. However, the Court is unable to assure counsel of compensation from any other source.

The stay in this matter (Dkt. No. 31) is VACATED. To the extent that Mr. Doe wishes to revise his response to the Court's prior order to show cause regarding his anonymity in this matter (Dkt. No. 8), he may submit an amended response, which shall replace his prior response (Dkt. No. 11), within **thirty (30) days** of this Order. Any amended response may not exceed **seven (7) pages**, including any attachments.

Defendants' motion to compel arbitration (Dkt. No. 23) is hereby RENOTED for **April 28, 2023**. Consistent with Local Civil Rule 7(d)(3), any opposition papers shall be filed and served by not later than Monday, **April 24, 2023**.

The Clerk is DIRECTED to send a copy of this Order to counsel for Mr. Doe.

Dated this 15th day of March 2023.

Tana Lin
United States District Judge