THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>   v.<br><br>REVATURE LLC, et al,<br><br>           Defendants. | Case No. 2:22-cv-01399-TL<br><br>**Notice of Appearance** |

TO:        THE CLERK OF THE COURT

AND TO:   ALL COUNSEL OF RECORD

     Please take notice that the undersigned attorney, Christopher Fargo-Masuda, hereby enters appearance on behalf of Plaintiff John Doe. All further pleadings, notices, documents, or other papers, exclusive of original process, shall be served on Plaintiff by serving the undersigned attorney at the address stated below.

DATED:  March 22, 2023.

By: */s/ Christopher Fargo-Masuda*
Christopher Fargo-Masuda, WSBA No 52090
P.O. Box 1576
Mercer Island, WA 98040
Phone:  415.594.0470
Email: chris@fargo-masuda.com

*Attorney for Plaintiff*

Notice of Appearance
Case No. 2:22-cv-01399-TL – Page 1

C. Fargo-Masuda
P.O. Box 1576
Mercer Island, WA 98040
Tel: 415.594.0470