UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JOCHEN E. PENDLETON. <br><br> _____ <br><br> JOCHEN E. PENDLETON, <br><br>          Petitioner, <br><br>  v. <br><br> UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, <br><br>          Respondent, <br><br> REVATURE, LLC, a Virginia company; et al., <br><br>          Real Parties in Interest. | No. 25-5696 <br><br> D.C. No. 2:22-cv-01399-TL Western District of Washington, Seattle <br><br> ORDER |

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

No further filings will be entertained in this closed case.

**DENIED.**