UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOCHEN E. PENDLETON,

     Plaintiff - Appellant,

  v.

REVATURE, LLC, a Virginia company; et al.,

     Defendants - Appellees.

No. 25-5513

D.C. No.
2:22-cv-01399-TL
Western District of Washington,
Seattle

ORDER

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

This court lacks jurisdiction over this appeal because the orders challenged in the notice of appeal are not final or immediately appealable. *See* 28 U.S.C. § 1291; *Medhekar v. United States Dist. Court*, 99 F.3d 325, 326 (9th Cir. 1996) (discovery orders not immediately appealable); *United States v. Washington*, 573 F.2d 1121, 1122 (9th Cir. 1978) (order denying motion to disqualify judge is not final or appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**