UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOCHEN E. PENDLETON,<br><br>     Plaintiff - Appellant,<br><br> v.<br><br>REVATURE, LLC, a Virginia company; et al.,<br><br>     Defendants - Appellees. | No. 25-5513<br><br>D.C. No.<br>2:22-cv-01399-TL<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered October 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT